0      6776

WITHDRAWN
AND NOT
REISSUED